UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 09CR0171-BTM |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING** |
| v. | ) | **JOINT MOTION TO CONTINUE** |
| | ) | **SENTENCING HEARING** |
| RUDY CASTENEDA-DIAZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the joint motion,  to continue the sentencing hearing in this case from  June 19, 2009 at 2:00 p.m. to July 10, 2009 at 2:30 p.m.,  is GRANTED.

IT IS SO ORDERED.

DATED:  June 18, 2009

Honorable Barry Ted Moskowitz
United States District Judge